1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8    ALTA DEVICES, INC.,                    Case No.18-cv-00404-LHK (VKD)

9                    Plaintiff,

10        v.                                **ORDER SETTING HEARING RE
                                            PROTECTIVE ORDER DISPUTE**

11    LG ELECTRONICS, INC.,                  Re: Dkt. No. 32

12                    Defendant.

13

14          On July 13, 2018, the parties filed a discovery statement regarding a dispute over certain

15    provisions to be included in a protective order. Although they have stipulated to most of the terms

16    (based on this district's model protective order for patent and trade secret cases), the parties have

17    not agreed on (1) the scope of the patent prosecution bar (Section 8) and (2) the scope of materials

18    to be covered by Section 9(c), which outlines procedures for the inspection of "source code." The

19    parties have requested a hearing.

20          This Court will hold a hearing on the matter on **July 31, 2018, 10:00 a.m.** in Courtroom 2.

21    Prior to the hearing, the parties are directed to submit the following additional materials:

22              1.  To assist this Court in the resolution of the present dispute, plaintiff Alta Devices,

23                  Inc. ("Alta Devices") shall lodge *in camera* with the undersigned's chambers a

24                  copy of its Cal. Code Civ. Proc. § 2019.210 trade secret identification.[1]

25              2.  The parties shall submit a supplemental joint discovery statement. In view of Alta

26                  Devices' Cal. Code Civ. Proc. § 2019.210 trade secret identification, (a) defendant

27    _____

28    [1] This Court is informed that Judge Koh, who presides over this matter, set a July 16, 2018
      deadline for Alta Devices to serve its identification of its claimed trade secrets.

1       LG Electronics, Inc. shall provide the Court with its proposal concerning the scope

2   of the Section 8 patent prosecution bar, and (b) Alta Devices shall advise the Court

3   of revisions, if any, to its position regarding the scope of Section 8.  Additionally,

4   the parties shall identify for the Court any decisions from this district interpreting

5   the scope of materials covered by the term "source code" as used in Section 9(c) of

6   the model protective order.

7       These additional submissions shall be made on or before **July 25, 2018**.

8       **IT IS SO ORDERED.**

9   Dated:   July 18, 2018

10

11

12   VIRGINIA K. DEMARCHI
     United States Magistrate Judge