UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALTA DEVICES, INC., <br> Plaintiff, <br> v. <br> LG ELECTRONICS, INC., <br> Defendant. | Case No.18-cv-00404-LHK (VKD) <br><br> **ORDER RE DISCOVERY DISPUTE RE ESI CUSTODIANS** <br> Re: Dkt. No. 103 |

This Court previously issued an order regarding a dispute over LG Electronics, Inc. ("LGE") custodians from whom Alta Devices, Inc. ("Alta") could obtain discovery. Among other things, that order provided that Alta could seek custodial ESI discovery from no more than 10 LGE custodians likely to have relevant documents. Dkt. No. 93.

On May 24, 2019, the parties submitted a joint discovery dispute letter concerning Alta's designation of five LGE custodians. Dkt. No. 103. The Court heard oral argument on June 4, 2019. Dkt. No. 115. For the reasons stated on the record and as further explained below, the Court orders as follows:

Alta's motion for discovery is granted as to Jeong Soo Lee, but is denied with respect to the four remaining proposed custodians at issue. The Court is not persuaded that Alta has articulated a non-speculative factual basis to believe Messrs. Kyungchul Kim, Youngtae Kim, and Jae Kyu Lee have information relevant to the alleged breach of the 2011 NDA. Based on Alta's own description, these custodians' activities appear to be limited to the use of information received pursuant to the 2014 NDA, which is not at issue in this case. The Court also is not persuaded that Alta has articulated a non-speculative factual basis to believe Mr. Sungwook Kim

has information relevant to the alleged breach of the 2011 NDA, as he is only alleged to have participated in a pre-NDA meeting with Alta and to have been copied on an email concerning negotiation of the 2011 NDA.

This order is without prejudice to Alta's ability to move for ESI discovery from those four remaining custodians if additional discovery reveals a non-speculative basis to believe that those individuals are likely to have relevant information.

**IT IS SO ORDERED.**

Dated: June 4, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge